# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL MOSS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIRLINES, INC.; UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIR LINES, INC.; AND CONTINENTAL AIRLINES, INC.<br><br>　　　　Defendants. | Case No.: 1:16-cv-08496<br><br>Hon. Thomas M. Durkin |

## NOTICE OF APPEAL

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** Plaintiff-Appellant MICHAEL MOSS, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's FRCP 58 Final Judgment As To Count I of Plaintiff's Amended Complaint against Defendants-Appellees UNITED AIRLINES, INC.; UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIR LINES, INC.; AND CONTINENTAL AIRLINES, INC., entered in the above-captioned action on October 19, 2020, ECF No. 136.

Dated: November 18, 2020　　　　　　　/s/ Brian J. Lawler

　　　　　　　　　　　　　　　　　　Brian J. Lawler
　　　　　　　　　　　　　　　　　　(admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　blawler@pilotlawcorp.com
　　　　　　　　　　　　　　　　　　Pilot Law, P.C.
　　　　　　　　　　　　　　　　　　850 Beech Street, Suite 713

1

San Diego, CA 92101
Phone: (619) 255-2398
Fax: (619) 231-4984

Gene J. Stonebarger
(admitted *Pro Hac Vice*)
gstonebarger@stonebargerlaw.com
Crystal L. Matter
(admitted *Pro Hac Vice*)
cmatter@stonebargerlaw.com
Stonebarger Law, APC
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 235-7140

Joseph J. Siprut
jsiprut@siprut.com
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

***Counsel for Plaintiff and the Classes***

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Notice of Appeal, was filed this 18th day of November, 2020 via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically service all counsel of record.

                                                              *s/ Brian Lawler*