# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

December 14, 2021

Before
KENNETH F. RIPPLE, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 20-3246 | MICHAEL MOSS, individually and on behalf of all others similarly situated, Plaintiff - Appellant<br><br>v.<br><br>UNITED AIRLINES, INC., et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08496<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment    (form ID: **132**)